371 A.2d 509
Commonwealth v. Lord, Appellant.

Argued September 17, 1976. Kenneth D. Brown, Assistant Public Defender, with him Gregory V. Smith, Public Defender, for appellant; Robert F. Banks, First Assistant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.